Matter of Freedom Found. v Jefferson County (2024 NY Slip Op 05765)

Matter of Freedom Found. v Jefferson County

2024 NY Slip Op 05765

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, DELCONTE, AND HANNAH, JJ. (Filed Nov. 15, 2024.) 

MOTION NO. (397/24) CA 23-00339.

[*1]IN THE MATTER OF FREEDOM FOUNDATION, PETITIONER-RESPONDENT, 
v
JEFFERSON COUNTY, RESPONDENT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.